# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133081

CITY OF DETROIT,
        Plaintiff-Appellant,

v

                                                   SC: 133081
                                                 COA: 258479
                                                 Wayne CC: 00-030971-CC

DETROIT PLAZA LIMITED PARTNERSHIP,
        Defendant-Appellee,
and

BANK ONE MICHIGAN, J&J SLAVIK, INC.,
JAMES D. BLAIN, BEZTAK II LIMITED
PARTNERSHIP, GRISWOLD HOLDING
COMPANY, McCARTHY MARINE, INC.
DETROIT BULK STORAGE, INC., and
MAYFAIR ASSOCIATES LIMITED
PARTNERSHIP,
        Defendants.

_____/

      On order of the Court, the application for leave to appeal the December 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

d0618

                             Clerk